**Exhibit A to the Complaint**

**Location:** Drexel Hill, PA

**Total Works Infringed:** 61

**IP Address:** 96.245.91.193

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 09/01/2020 14:00:55 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 2 | Info Hash: D6E0A40D7E916C17226EFE6BB7290F89845DA1AD<br>File Hash: 2D65FAB3ECF540837E4442CCF67DBD19262CBC25898523B6ABC46F2B681AA87F | 08/17/2020 12:26:54 | Blacked | 08/15/2020 | 09/05/2020 | PA0002255476 |
| 3 | Info Hash: 2710D41458459FBC23A2AAE41110EE55BE1D611D<br>File Hash: 8CFFF825B7B0B0F4DF5BAA70ABB6F6586101BBCAD24CBFC7E47A805412E347A2 | 07/27/2020 18:46:31 | Vixen | 07/24/2020 | 08/03/2020 | PA0002259166 |
| 4 | Info Hash: 8E3B21D5751F7588D7F8C87CEF062E431D0048F7<br>File Hash: 215A64D03E68A3554C9F255408626669037C799B6EDDEB625F222B14D4D20B52 | 06/25/2020 17:00:06 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 5 | Info Hash: 24A64BE5C3820F898A670007F7B072A805BD9DDF<br>File Hash: 2660E35C524E89782B4DF17995C883976A29E7EA796614E16437CBF8AEFB02B0 | 06/24/2020 01:05:58 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 6 | Info Hash: 5BF341F96116AB62122712420E384E7441F88C8A<br>File Hash: 1BC7BE3A18669790ED3CAD441FB5B2D08F194A6C4E4D675428BFE43546CBFB0B | 05/26/2020 10:39:45 | Vixen | 05/08/2020 | 06/08/2020 | PA0002243645 |
| 7 | Info Hash: 0EADDEAD674C02DF1F6937EA2B46CC6F34717213<br>File Hash: D12AD52DF486373A53D70B7F8CA375A1227EBFC17F1C23194B7C10A13321A538 | 05/16/2020 20:18:31 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 8 | Info Hash: 7BC3A5DDE75583EB1A0C24240948E0FF5A44B379<br>File Hash: 1C38B52E2BB4A750ACB28BE2A53CD62CF8C70D24DD6094006475E11A3EA2DD65 | 05/15/2020 19:37:02 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F<br>File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 05/15/2020 17:15:46 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 10 | Info Hash: 80DEC4A90EF17BEE0DDEC503FE6A3208CEA0549B<br>File Hash: C04E78A119C9A9EA48F6D5A688017ECECF39EB6762095C59D09D2106BE233261 | 04/30/2020 15:30:15 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 11 | Info Hash: 013FB4E2FE05A577E30A26645152DD345E96C188<br>File Hash: 5EA853B95915065642C5BE28E33FA79850309D4241179FCD4851A98B19346A3B | 04/28/2020 05:09:16 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 12 | Info Hash: 0375A9CC6F696CF14E34696CAE9EF334733741E8<br>File Hash: 1C99FE6D021C575065CC1B5D4E76375B08A2CA860933F776EC1CBDB22FBC1D2D | 04/27/2020 18:59:45 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 13 | Info Hash: D87F96E2DE48F924F8E375EE26C21F6ECABC68A1<br>File Hash: BAFDCF065640195A34352C75C9069D68D4BDB897336C2EA90EA7870F373D04C8 | 04/23/2020 19:04:41 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 14 | Info Hash: 8FFA898B2223F0A11776B90689F0C8CE0ABF0DAB<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 04/23/2020 19:02:20 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 15 | Info Hash: 1EB9F1FD518011DA81313D9C95C13D2DAF986DEA<br>File Hash: BE0714950BAE66935380D8A295E3561971B9A96907AC462560C210D5E728F711 | 04/23/2020 18:38:24 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 16 | Info Hash: 65EC59687D064EE72B0B734B71AC0FF4F7125C5B<br>File Hash: 3B22BB9ED02B1463809F501E93A9A7C449453E6475F92DE39F2172B7CD90BC5C | 04/23/2020 13:21:20 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 17 | Info Hash: DB04B4BBC57298D722E377F48F9740C7FF376032<br>File Hash: EDB34BEBF15A62A3087168B1158C0A75B57CD937374DE2CBE17B45F8263673FA | 04/17/2020 17:14:59 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: AD65921C97F1212835244327AA77C1045054B59E<br>File Hash: 80DE55C53680A41C4EAC7A40BA17581086899EC79B9D48D6F887537A61B43E63 | 04/14/2020 21:41:55 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 19 | Info Hash: 8B774AA8D7C759528331E69082CCF8257034DB14<br>File Hash: 83B5017061D514F35D012E178E6A31EA4201E23086DC9D47ED2E8B533CDEF40B | 03/10/2020 18:34:47 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 20 | Info Hash: 707483DAD0E66B0837C992CD89869CB2CA8613D0<br>File Hash: 2BE3590DFA57EFA98217C895635637CE8E22F7F1B46C2307170304F96E0B35AE | 02/21/2020 21:04:42 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 21 | Info Hash: 732C4B6936366549CE8BDCE77924AB450473D48D<br>File Hash: 7087502987154B6076CB3B5EFE46D66D4BEF6184688C251E15C542ACDD1DC93D | 02/21/2020 18:29:02 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 22 | Info Hash: DB62E40C2955C3F1CA423B86FC0488F726C2335F<br>File Hash: 5E77791CA69E8D411E98B26FAB96CF8505CC66AE74C42FD899695FD22BDB5A12 | 02/20/2020 14:05:30 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 23 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 01/30/2020 16:04:34 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 24 | Info Hash: 3ACBE993E8EE7F5AFD152A2C63B1ABFDC8C99B5B<br>File Hash: F8B532C2A50F91424175E94BD17DEBCBF4490F8F4E8D40C32887E1DD4C68269C | 01/27/2020 20:37:35 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 25 | Info Hash: C0E85250C4665B97E6430774E95F95EEF1572F2C<br>File Hash: 7B580766221DC503AD8D48F278FD435863C1F65ACFFF34CB8FF1A5C4A55781CF | 01/27/2020 19:43:56 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 26 | Info Hash: 67BBA68AD2F8B337347AB5C68764713754555B43<br>File Hash: C70398C9D731697DA1771680334F165E6124A962806289F0633A9433A89C447D | 01/17/2020 15:47:32 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 86B1C8A7FDEE618CD10DE947ED507CA54BC4F149<br>File Hash: 532699269D5BDEA165CC77048507F0256DA013FE36322A4CA4AFA99743D7692A | 01/15/2020 21:48:28 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 28 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 11/29/2019 18:53:01 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 29 | Info Hash: 4C3B0F9B5F2EA7CDE8E3FB6708E6F18FEE8FCD78<br>File Hash: 87334121CFE7FF54DBBEDE1CD5174BABE2A323BE1D22D51A3241CF88C2A542C2 | 10/08/2019 13:15:47 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 30 | Info Hash: 1094F3930B65076B42D38A80E96E6ED4D96077BB<br>File Hash: 6CF86F670263E98571BB4A2F18F9CADA772C9152683D110B0FB0614D2C9B3900 | 10/08/2019 12:50:27 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 31 | Info Hash: 79B11A923505F1BC77096092FC15A850FB55AC88<br>File Hash: CE9BC48C36CC9FE2559D73BF7923B6D3DA2BA43C5494FD8D18C13EE99C0A558E | 10/08/2019 01:38:28 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 32 | Info Hash: 2FC3F09B947E9E86BB127C09DAE7DB9FAE18FD4A<br>File Hash: 671B982103377F6C3E28954833E87D419208E318DC2F390CDB2A101A47F67ADB | 10/08/2019 00:24:44 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 33 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0<br>File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 10/07/2019 17:21:57 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 34 | Info Hash: 8AA35B136BAD524ABE532FF7416DCBEDF3D5C782<br>File Hash: 8F198D597802DA68E34FA5BCF8D9F4B9EAC2F19B1E474F1898480231B0458C0D | 09/05/2019 17:37:14 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 35 | Info Hash: 624A1332AAFA93159FAE818A85963F4110145A7C<br>File Hash: C9A51E9A93A9035274A1EE32243ABF6115C43DF3658A5D24C5D519B7810261B9 | 08/29/2019 23:03:29 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 324F822714B72A746857508A148B67E0105BC9A2<br>File Hash: 84A88DF365A2CE079D7BD47DDCF03AC5E3AE76428D1072AC8887D7486B809E3F | 08/29/2019 23:02:50 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 37 | Info Hash: 244AA44E4998E0C5699D58B88265ED8246367F04<br>File Hash: 41916484A5E7EE9C61BD003AFAD451028EB950A27CA08FB00FC45D167A8EC49F | 08/29/2019 22:11:42 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 38 | Info Hash: 53D80BDAE79AF9E60867CB2BE67214FAD86C73FF<br>File Hash: CA4858CD7CB5C73773CFD9D5154A17D996B854B0704FCE54DAE95786C50C243B | 08/29/2019 22:07:15 | Vixen | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 39 | Info Hash: 73EC58EBDC31656AED9B99B8F751507B9A099AA8<br>File Hash: 6B46D39CA50835DEA6EABFA6AB9FC6CAF0EC75BE72B4B78DC1B52ACB619A6FE3 | 08/29/2019 21:50:32 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 40 | Info Hash: 93D0AA012ABAEFB3FE456E26D2BEBA2DC6903DFE<br>File Hash: 29710C484225C0BD9BD3034FE8345EF0ADEF5A9E1F75219B21769C1A79EE31AE | 08/29/2019 21:45:59 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |
| 41 | Info Hash: 56502222833E23C38737D072A74A9DACD85BFCC5<br>File Hash: B51C603827041F6D18B85B6C307B539F0249752714E06C7B678DA88026766C1B | 08/29/2019 21:44:57 | Blacked | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 42 | Info Hash: 3DA9D2693019D1A2F4BDB46D157A08510C7712D6<br>File Hash: E4BF03F1F083AB1ED24CACD11E653C724B782154378072F57ABB340BBE0CE05F | 08/29/2019 21:44:43 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 43 | Info Hash: 68FD96753AB21BDD46D2E7A7CEBE14A158120462<br>File Hash: C69BA841658E786F6743BE9AE2FAFC23E711D0FF57CA54EC9BB5D60419A3D8BE | 08/29/2019 21:44:36 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 44 | Info Hash: 6A3BE07313D1C03371ABCC46EAF6BFE12FE50820<br>File Hash: 620CE75BBCA068FD4939E55ED6508ACA1832F425A4A705AE45DF5AEB037FDC7F | 08/29/2019 21:44:26 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: AA3219A5131A3CA509FD75028A68B931991A2D6B<br>File Hash: FB4F339F962CDF2A14DF1FC6285D6B8D16E9DCF78C3367CD7FF628E027CC7BDC | 08/29/2019 21:44:13 | Blacked Raw | 02/06/2018 | 02/20/2018 | PA0002104186 |
| 46 | Info Hash: D95E7A69AFB7C11DE40F9CD0E4BDC1C940C30E74<br>File Hash: EA3A26187CAEF8E1E3C64012EA08BB3CE75D4D18FCDDCFA2A5E92BEF7112E0B0 | 08/29/2019 21:43:40 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 47 | Info Hash: 17A039967BC1290AD019CD7A5A0586394301A47C<br>File Hash: 6FB8E064D0E7227EDD66A3CB7F5CC70E56B3C0DE7EA307DD1F66247B45192D7B | 08/29/2019 21:43:31 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 48 | Info Hash: 4A01E15D5843C264BF2691AC218227619A171413<br>File Hash: F8839DCA63332233D69194584151027786FD8BDF1B53830B3620FADA61111368 | 08/29/2019 21:43:26 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 49 | Info Hash: 8F802495D9F998950120B2923534B8C4F6FFE588<br>File Hash: 2A3B523ABFD29DE3BB785B5ED803D20187B8621B8533FF17B60B6C4A283918CA | 08/29/2019 21:43:24 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 50 | Info Hash: DCE74E53FD0A5A8C479174392702714711364A51<br>File Hash: 0F3CC403DAD333D6422E1D604F75376ADE992B05BE8CEA868AC543D9554C4F22 | 08/29/2019 21:43:04 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 51 | Info Hash: A647DAC4F1765F4D273A84ACD720FAC66EFF116D<br>File Hash: 89BA4F59F83B6B124281B2F62CB78C126AB440E65F5E332A4B05602AF478052C | 08/29/2019 21:42:41 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 52 | Info Hash: BD868A1663464864553F9654B8618A77F10B044C<br>File Hash: B14DD3D2A634169ADB9B352F68EACF58B446708F54C5D200EDC56290D8E94C75 | 08/29/2019 21:42:21 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 53 | Info Hash: 5415DBA49585BDA6C31D8F0B5BF8D652BDE9C2A6<br>File Hash: 68F955E57FAB5EC7B237E0518FB4D42A9B4D3D5224AF36F26FEBA65BDEDFD950 | 08/29/2019 21:42:20 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash: 0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 08/29/2019 21:42:13 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 55 | Info Hash: 2CC3B2F0E4973A91BB68AD592948A4D28ABACA11<br>File Hash: 7CA474DF042FADD3E7579EE81203098229B61A7565BB6EDE6ADBF49CCEA6E6A3 | 08/29/2019 21:42:10 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 56 | Info Hash: B2C23D9729A2336B1E117DE76AD3DADCC6F79B21<br>File Hash: A12230815ABF23F26AAC2365588D64F677987A409E06F5B4300CF0F0051F68FF | 08/29/2019 21:42:00 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 57 | Info Hash: 2ECEC78644999539671389257C147CE6B3D60E1B<br>File Hash: 7910FE3995C0A3869340DF37269CE2AA404EEA817668626E6AECFE21AA295750 | 08/29/2019 21:41:54 | Vixen | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 58 | Info Hash: D704263607537C80DFFC21F831D21C0E7F7C7248<br>File Hash: 096FB186BDC885A75F6A990ECC42CA03785545D68C5B6F1C2082861C16F8CD51 | 08/29/2019 21:41:50 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 59 | Info Hash: 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151<br>File Hash: 676290861BE41F9B9E155BE4CD5FA5F962A2EC3A25716EEF37B233070A387197 | 08/29/2019 21:41:26 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 60 | Info Hash: 476E3FCFB4524984E49DD1F39430AE41906240C2<br>File Hash: 834F8CC547969E6D74E71C8E2618B5179EDD19A9D83856E87770170049640070 | 08/29/2019 21:40:59 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 61 | Info Hash: EE287EAF3A5786DF7DECDF1BBFDDDE0BF45E03E2<br>File Hash: B47412DF722A8EE67DE29CDBB040AAEBE98C139AAF909F472A60118C008AE41D | 08/29/2019 21:38:58 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |